**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

     VS                              Case No.   5:16po189/EMT

DWAYNE A. ANDERSON

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on      October 3, 2016
Type of Motion/Pleading: Motion to Dismiss
Filed by:  Government       on  10/3/16    ECF No.   4
( )   Stipulated/Consented/Joint Pleading
RESPONSES:

                                on           ECF No.#

JESSICA LYUBLANOVITS, CLERK OF COURT

/s/ *Teresa Milstead*
Deputy Clerk: Teresa Milstead

**ORDER**

      Upon consideration of the foregoing, it is **ORDERED** this 3rd day of October 2016, that:

      The requested relief is **GRANTED**.  The initial appearance presently scheduled for October 11, 2016, is hereby cancelled and the case is closed and dismissed.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY
CHIEF UNITED STATES MAGISTRATE JUDGE**